**Darrell WILLIAMS, Plaintiff-Appellant,**

v.

**BROWN, Nurse, Defendant-Appellee.**

**No. 15-16661**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 27, 2017

Darrell Williams, Pro Se

Michael A. Terhorst, Attorney, Beeson Terhorst, LLP, Sacramento, CA, for Defendant-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Darrell Williams appeals pro se from the district court's sua sponte summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment sua sponte because Williams "had a full and fair opportunity to ventilate the issues involved in the matter" and Williams failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent to his diabetes. *Norse v. City of Santa Cruz*, 629 F.3d 966, 971-72 & n.2 (9th Cir. 2010) .(en banc); *see also Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir. 2006) (if the harm is an isolated exception to the prisoner's overall treatment, it " 'ordinarily militates against a finding of deliberate indifference' " (citation omitted)); *Toguchi*, 391 F.3d at 1057, 1060 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice or negligence does not amount to deliberate indifference).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.